SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Chief, Civil Division
INDIRA J. CAMERON-BANKS (State Bar No. 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
  Federal Building, Suite 7516
  300 North Los Angeles Street
  Los Angeles, California 90012
  Telephone: (213) 894-2442
  Facsimile: (213) 894-7819
  E-mail: Indira.J.Cameron-Banks@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:17-cv-7769 |
|---|---|
| Plaintiff, | [CR 09-00934-PSG] |
| v. | **UNITED STATES OF AMERICA'S APPLICATION FOR ORDER ISSUING WRIT OF CONTINUING GARNISHMENT TO GARNISHEE MORGAN STANLEY SMITH BARNEY;** |
| JACK LOUIS SPORICH, | |
| Defendant. | **[28 U.S.C. § 3205(b)]** |
| | **AND** |
| | **CLERK'S NOTICE OF ENFORCEMENT** |
| | **[28 U.S.C. § 3202(b)]** |

The United States of America applies, in accordance with 28 U.S.C. § 3205(b)(1), for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment entered in *United States v. Jack Louis Sporich*, CR 09-00934-PSG, imposing an order of fine against the defendant-judgment debtor, Jack Louis

Sporich, Social Security Number XXX-XX-0571, who currently is incarcerated in the Butner Federal Correctional Institution located in Butner, North Carolina.  In connection with this request, the United States also seeks a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

As of October 24, 2017, Defendant's criminal debt balance is $153,825.63.

Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property (such as nonexempt disposable earnings) of Defendant, and Defendant has a substantial nonexempt interest in the property.

The names and addresses of Garnishee or the Garnishee's authorized agent is:

**Morgan Stanley Smith Barney**
**Legal Department**
**485 Lexington Avenue, 14th Floor**
**New York, New York 10017**
**Phone: (800) 460-6617**
**Fax: (212) 507-1758**
**Email: subpoena.legal@morganstanley.com**

Dated:  October 24, 2017                         Respectfuly submitted,

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
  /s/ *Indira J. Cameron-Banks*
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section